**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Marlene Abraham |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Northern District of Illinois (State) |
| Case number | 16-35617 |

Official Form 410S1

# Notice of Mortgage Payment Change                          12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Ocwen Loan Servicing, LLC as servicer for Wells Fargo Bank, N.A., As Trustee For Impac Secured Assets Corp., Mortgage Pass-Through Certificates, Series 2005-2

**Court claim no.** (if known):   n/a

**Last 4 digits** of any number you use to Identify the debtor's account:   2144

**Date of payment change:**
Must be at least 21 days after date of this notice     10/01/2017

**New total payment**     $2,375.95
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

**1. Will there be a change in the debtor's escrow account payment?**

☐ No
■ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

**Current escrow payment:**  $647.20       **New escrow payment:**  $655.90

## Part 2: Mortgage Payment Adjustment

**2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

■ No
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable non-bankruptcy law. If a notice is not attached, explain why: _____

**Current interest rate:** _____ %            **New interest rate:** _____ %

Current **principal and interest payment:** $_____      **New principal and interest payment:** $_____

## Part 3: Other Payment Change

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

■ No
☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
*(Court approval may be required before the payment change can take effect.)*

Reason for change: _____

Official Form 410S1                    **Notice of Mortgage Payment Change**                    page 1

Current mortgage payment: $     New mortgage payment: $

| Debtor 1 | Marlene Abraham | | Case number *(if known)* | 16-35617 |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

### Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Peter C. Bastianen     Date   8/15/2017
Signature

| Print | Peter C. Bastianen | Title | Attorney for Creditor |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

Company   Codilis & Associates, P.C.

Address   15W030 North Frontage Road, Suite 100
            Number    Street

            Burr Ridge     IL     60527
            City       State     ZIP Code

Contact phone   (630) 794-5300     Email   ND-Three@il.cslegal.com

File #14-16-14713

## CERTIFICATE OF SERVICE

      The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed below, as to the Trustee and Debtor's attorney via electronic notice on August 15, 2017 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on August 15, 2017.

Tom Vaughn, Chapter 13 Trustee, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603 by electronic notice through ECF
Marlene Abraham, Debtor(s), 3816 W Howard St, Skokie, IL 60076
David H. Cutler, Attorney for Debtor(s), 4131 Main St., Skokie, IL 60076 by electronic notice through ECF
Office of U.S. Trustee, 219 S. Dearborn St., Room 873, Chicago, IL 60604 by electronic notice through ECF

                                                  /s/ Peter C. Bastianen

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300)
C&A FILE (14-16-14713)

NOTE: This law firm is a debt collector.

**OCWEN**

Ocwen Loan Servicing, LLC
www.ocwen.com
Helping Homeowners Is What We Do!®

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

07/11/2017

PERSONAL INFORMATION REDACTED

Loan Number:

Marlene Abraham
3816 HOWARD ST
SKOKIE, IL 60076-3725

Property Address: 3816 Howard St
Skokie, IL 60076-3725

## ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT
## Bankruptcy Account History

Dear Borrower(s),

The enclosed update follows notice of your involvement in a bankruptcy petition, filed on 11/08/2016, under Chapter 13 of the Bankruptcy Code.

**This notice relates to the post-petition escrow payments and disbursements only.**

**Important Notices**
Please contact us at once if you are <u>not</u> the subject of a Chapter 13 proceeding or plan.
If you have filed for any other bankruptcy protection or received an Order of Discharge in a Chapter 7 bankruptcy case or received any other discharge under the U.S. Bankruptcy Code that applies to this property, please be advised that this notice is for informational purposes only and not intended as an attempt to collect a debt against you personally.

**Analysis Period.** This statement includes actual and scheduled activity in the escrow account from November 2016 through September 2017.

An "s" indicates "scheduled payment".
The monthly mortgage payment in the amount of $2,367.25 of which $1,720.05 was for principal and interest and $647.20 was allocated to the escrow account.

| Actual Month | Projected Payments To Escrow | Actual Payments To Escrow | Projected Payments From Escrow | Actual Payments From Escrow | Description | Projected Ending Balance | Actual Ending Balance |
|---|---|---|---|---|---|---|---|
| Beginning Balance | | | | | | $2,946.80 | $0.00 |
| Nov-2016 | $696.96-s | | | | | $3,643.76 | |

NMLS # 1852

BKA_ACCTHISTM

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.



**Ocwen Loan Servicing, LLC**
www.ocwen.com
Helping Homeowners Is What We Do!®

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

| Actual Month | Projected Payments To Escrow | Actual Payments To Escrow | Projected Payments From Escrow | Actual Payments From Escrow | Description | Projected Ending Balance | Actual Ending Balance |
|---|---|---|---|---|---|---|---|
| * | | $2,946.80 | | | POC Escrow Shortage Adjustment | | $2,946.80 |
| Dec-2016 | $647.20-s | | | | | $4,290.96 | $2,946.80 |
| Jan-2017 | $647.20-s | $647.20 | | | | $4,938.16 | $4,241.20 |
| *Feb-2017 | $647.20-s | | | $1,813.76 | County Tax | $5,585.36 | $3,074.64 |
| | | | | | (PARCEL # 10261170450000) | | |
| * | | | | $1,813.76 | County Tax | | $1,260.88 |
| | | | | | (PARCEL # 10261170460000) | | |
| * | | | $1,797.00-s | | County Tax | $3,788.36 | $1,260.88 |
| * | | | $1,797.00-s | | County Tax | $1,991.36 | $1,260.88 |
| *Mar-2017 | $647.20-s | | | $6.00 | County Tax | $2,638.56 | $1,902.08 |
| | | | | | (PARCEL # 10261170450000) | | |
| * | | | | $6.00 | County Tax | | $1,896.08 |
| | | | | | (PARCEL # 10261170460000) | | |
| Apr-2017 | $647.20-s | | | | | $3,285.76 | $2,543.28 |
| May-2017 | $647.20-s | | | | | $3,932.96 | $3,190.48 |
| Jun-2017 | $647.20-s | | | | | $4,580.16 | $3,837.68 |
| Jul-2017 | $647.20-s | | | | | $5,227.36 | $4,484.88 |
| Aug-2017 | $647.20-s | | $1,500.75-s | | County Tax | $4,373.81 | $3,631.33 |
| | | | | | (PARCEL # 10261170450000) | | |
| | | | $1,500.75-s | | County Tax | $2,873.06 | $2,130.58 |

NMLS # 1852                                                                                     BKA_ACCTHISTM

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.



**Ocwen Loan Servicing, LLC**
www.ocwen.com
Helping Homeowners Is What We Do!®

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

| Actual Month | Projected Payments To Escrow | Actual Payments To Escrow | Projected Payments From Escrow | Actual Payments From Escrow | Description | Projected Ending Balance | Actual Ending Balance |
|---|---|---|---|---|---|---|---|
| | | | | | (PARCEL # 10261170460000) | | |
| Sep-2017 | $647.20-s | | | | | $3,520.26 | $2,777.78 |
| TOTALS | $7,168.96 | $3,594.00 | $6,595.50 | $3,639.52 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount. An "s" indicates "scheduled payment".


*Note – **POC Escrow Shortage Adjustment** – This transaction reflects credit adjustments made by Ocwen with regard to pre-petition escrow shortage identified at the time of the bankruptcy filing and placed in the Proof of Claim filed by Ocwen and on the Claims Register of the case. Ocwen advances the pre-petition escrow shortage funds to the account so they do not become part of any ongoing post-petition escrow payments and to prevent a "double-dip." All pre-petition escrow shortage funds advanced are repaid as part of Ocwen's Proof of Claim arrearage as per the confirmed plan in the case. If the bankruptcy case is dismissed for any reason or if Ocwen obtains an Order from the Court granting it Relief from the Automatic Stay, any outstanding amounts owed for the pre-petition escrow shortage as stated in Ocwen's Proof of Claim that are not repaid prior to the said dismissal or relief order, will be added back to the outstanding escrow balance on the account.

NMLS # 1852                                                                                                                                          BKA_ACCTHISTM

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.



**Ocwen Loan Servicing, LLC**
www.ocwen.com
Helping Homeowners Is What We Do!®

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

07/11/2017

**PERSONAL INFORMATION REDACTED**

Loan Number:

Marlene Abraham
3816 HOWARD ST
SKOKIE, IL 60076-3725

Property Address: 3816 Howard St
Skokie, IL 60076-3725

Analysis Date:    07/11/2017

### ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT – BANKRUPTCY
### Projections for the Coming Year

Dear Borrower(s),

The enclosed update follows notice of your involvement in a bankruptcy petition, filed on 11/08/2016 under Chapter 13 of the Bankruptcy Code.

**This statement relates to the <u>post-petition</u> escrow payments and disbursements only.**

**Important Notices**
Please contact us at once if you are <u>not</u> the subject of a Chapter 13 proceeding or plan.
If you have filed for any other bankruptcy protection or received an Order of Discharge in a Chapter 7 bankruptcy case or received any other discharge under the U.S. Bankruptcy Code that applies to this property, please be advised that this notice is for informational purposes only and not intended as an attempt to collect a debt against you personally.

**PLEASE REVIEW THIS STATEMENT CAREFULLY - THE MORTGAGE PAYMENT MAY BE AFFECTED**

This is a prediction of activity in the escrow account during the coming escrow year based on:

a) Anticipated payments to be paid into the escrow account
and
b) Anticipated payments to be made from the escrow account

| Description of Next Disbursement | Due Date of Next Disbursement | Estimated Amount(s) of Next Disbursement |
|---|---|---|
| Hazard Insurance | Oct 2017 | $1,171.00 |
| County Tax | Feb 2018 | $1,813.76 |
| County Tax | Feb 2018 | $1,813.76 |

NMLS # 1852                                                                                                                                                                         BKA_SHORTAGEM

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.



**Ocwen Loan Servicing, LLC**
www.ocwen.com
Helping Homeowners Is What We Do!®

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

| Description of Next Disbursement | Due Date of Next Disbursement | Estimated Amount(s) of Next Disbursement |
|---|---|---|
| County Tax | Aug 2018 | $1,500.75 |
| County Tax | Aug 2018 | $1,500.75 |
| Total Annual Disbursements |  | $7,800.02 |

| | |
|---|---|
| Target Escrow Payment | $650.00 = (1/12th of $7,800.02) |
| Starting Escrow Balance Needed as of Oct 2017 | $2,848.52 |

| Month | Projected Payments To Escrow | Projected Payments From Escrow | Description | Projected Ending Balance | Required Bal Projections |
|---|---|---|---|---|---|
| Beginning Balance |  |  |  | $2,777.78 | $2,848.52 |
| Oct-2017 | $650.00 | $1,171.00 | Hazard Insurance | $2,256.78 | $2,327.52 |
|  |  |  | (POLICY # ▉▉▉▉▉) |  |  |
| Nov-2017 | $650.00 |  |  | $2,906.78 | $2,977.52 |
| Dec-2017 | $650.00 |  |  | $3,556.78 | $3,627.52 |
| Jan-2018 | $650.00 |  |  | $4,206.78 | $4,277.52 |
| Feb-2018 | $650.00 | $1,813.76 | County Tax | $3,043.02 | $3,113.76 |
|  |  |  | (PARCEL # 10261170450000) |  |  |
|  |  | $1,813.76 | County Tax | $1,229.26 | $1,300.00(Cushion) |
|  |  |  | (PARCEL # 10261170460000) |  |  |
| Mar-2018 | $650.00 |  |  | $1,879.26 | $1,950.00 |
| Apr-2018 | $650.00 |  |  | $2,529.26 | $2,600.00 |
| May-2018 | $650.00 |  |  | $3,179.26 | $3,250.00 |
| Jun-2018 | $650.00 |  |  | $3,829.26 | $3,900.00 |
| Jul-2018 | $650.00 |  |  | $4,479.26 | $4,550.00 |
| Aug-2018 | $650.00 | $1,500.75 | County Tax | $3,628.51 | $3,699.25 |
|  |  |  | (PARCEL # 10261170450000) |  |  |

NMLS # 1852                                                                                                        BKA_SHORTAGEM

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.



**Ocwen Loan Servicing, LLC**
www.ocwen.com
*Helping Homeowners Is What We Do!*®

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

| Month | Projected Payments To Escrow | Projected Payments From Escrow | Description | Projected Ending Balance | Required Bal Projections |
|---|---|---|---|---|---|
| | | $1,500.75 | County Tax | $2,127.76 | $2,198.50 |
| | | | (PARCEL # 10261170460000) | | |
| Sep-2018 | $650.00 | | | $2,777.76 | $2,848.50 |
| TOTALS= | $7,800.00 | $7,800.02 | | | |

**Escrow cushion and potential escrow shortage**
In the event there is a tax and/or insurance increase over the coming escrow year, Federal law ( RESPA) allows additional funds to be held to prevent the escrow account from being overdrawn.

This additional amount, which is called a cushion, may be up to 1/6th of the total payments estimated to be made from the escrow account for the coming escrow year.

To avoid a shortage, the escrow balance should not fall below the cushion amount at any time during the coming escrow year.

## Escrow Account Projections

**Total Anticipated Payments.** The anticipated payments from escrow for the coming year total $7,800.02.

**Required Escrow Cushion/Minimum Balance.** The required cushion amount is $1,300.00 (1/6 of  $7,800.02).

Expected Balance Deficiency - According to the last month of the account history, the expected escrow balance is $2,777.78, making the escrow balance deficiency $0.00 (the balance deficiency equals the total amount paid into escrow minus the total amount of money to be paid out this year). Total escrow shortage - Based on the expected balance deficiency of $0.00, and the minimum required balance/cushion of $1,300.00, an additional $70.74 is needed for the escrow balance. Projected Monthly Payment for Escrow - The total escrow shortage of $70.74 has been spread over 12 months and broken into 12 equal monthly payments of $5.90 per month (the total anticipated shortage divided by 12). The shortage spread amount of $5.90 will be added to the target escrow payment of $650.00 calculated above, for a sum total of $655.90. This total, $655.90, will be the monthly amount due for payment into escrow.

Therefore, the first monthly mortgage payment for the coming escrow year, beginning with the payment due on 10/01/2017, will be $2,375.95 of which $1,720.05 will be for principal and interest and $655.90 will go into the escrow account. Note - The shortage amount may be paid directly. All or part of the above shortage may be sent to OCWEN at the address provided below. If the shortage is paid, the monthly payment will be adjusted accordingly.

If you have any questions in this regard, please do not hesitate to contact us.

Please contact our Customer Care Center at  888.554.6599. Representatives are available to answer your questions  Monday through Friday 8 am to 9 pm ET.
Fax in Attention: Escrow department Fax number: 561.682.7875.

NMLS # 1852                                                                                                                    BKA_SHORTAGEM

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.



**Ocwen Loan Servicing, LLC**
www.ocwen.com
*Helping Homeowners Is What We Do!®*

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

**Mailing Address :**
Ocwen Loan Servicing LLC
Attn : Escrow Department.
P.O. Box 24737
West Palm Beach, FL 33416

Sincerely,
Loan Servicing

NMLS # 1852 　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　BKA_SHORTAGEM

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.



**Ocwen Loan Servicing, LLC**
www.ocwen.com
*Helping Homeowners Is What We Do!®*

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

**This Coupon Must Be Included with Escrow Shortage Payment**
**Escrow Shortage Payment**

| **Marlene Abraham**<br>**3816 Howard St**<br>**Skokie, IL 60076-3725** | **Loan Number** | **Total Shortage** |
|---|---|---|
| | | $70.74 |
| Payable to:<br>Ocwen Loan Servicing LLC<br><br>Attn: Escrow Department<br><br>P.O. Box 24737<br><br>West Palm Beach, FL 33416-4737 | **Note** - *If the escrow shortage amount of  $70.74, is paid, the monthly escrow payment will be adjusted accordingly* | |
| | Amount of Payment | $ |

NMLS # 1852                                                                                                              BKA_SHORTAGEM

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.