UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 16-35617
Marlene Abraham )
 )  Chapter: 13
 )  Honorable Donald R. Cassling
 )
 )
 )
Debtor(s) )

**ORDER MODIFYING THE AUTOMATIC STAY AND WITHDRAWING REQUEST FOR DISMISSAL**

THIS CAUSE coming to be heard on the motion of WELLS FARGO BANK, N.A., AS TRUSTEE for IMPAC SECURED ASSETS CORP., MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-2, a secured creditor herein, for relief from the automatic stay, the Court having jurisdiction over the subject matter and due notice having been given:

WHEREFORE, IT IS HEREBY ORDERED:
(1) Pursuant to 11 U.S.C. Section 362(d), that WELLS FARGO BANK, N.A., AS TRUSTEE for IMPAC SECURED ASSETS CORP., MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-2 its principals, agents, successors and/or assigns is granted relief from the automatic stay provisions of 11 U.S.C. Section 362(a) by modifying said stay to permit them to pursue all non bankruptcy remedies and work out options as to the property commonly known as 3816 W. Howard St, Skokie, Illinois 60076.

(2) WELLS FARGO BANK, N.A., AS TRUSTEE for IMPAC SECURED ASSETS CORP., MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-2's request for dismissal is withdrawn.

(3) No further payments are to be disbursed to WELLS FARGO BANK, N.A., AS TRUSTEE for IMPAC SECURED ASSETS CORP., MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-2 on its secured claim.

(4) Rule 4001(a)(3) is waived and WELLS FARGO BANK, N.A., AS TRUSTEE for IMPAC SECURED ASSETS CORP., MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-2 may immediately enforce and implement this order granting relief from the automatic stay.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: January 04, 2018

**Prepared by:**

Joel P. Fonferko ARDC#6276490
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
C&A FILE(14-16-14713)