IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.: 16-35617 |
| Marlene Abraham | ) | |
| | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Judge Donald R. Cassling |

NOTICE OF MOTION

To:  Tom Vaughn, Chapter 13 Trustee *notice via ECF delivery system*

The United States Trustee, Patrick S. Layng *notice via ECF delivery system*

Marlene Abraham, 3816 W Howard St Skokie, IL 60076 *notice via US Mail*

Drivetime, 500 S. Green Bay Rd., Waukegan, IL 60085 *notice via US Mail*

Joel P Fonferko, Codilis & Associates, P.C., 15W030 N. Frontage Road

Suite 100, Burr Ridge, IL 60527 *notice via US Mail*

*See attached service list*

On September 12, 2019 at 9:30 a.m. or soon thereafter as I may be heard, I shall appear before Bankruptcy Judge Donald R. Cassling or any other Bankruptcy Judge presiding at 219 South Dearborn Street., Chicago, IL 60604 Courtroom 619. and shall present the **Motion to Obtain/Incur Debt**, at which time you may appear if so desired.

/s/ *David H. Cutler*
David H. Cutler, esq.
Attorney for Debtor(s)
Cutler & Associates Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600

CERTIFICATE OF SERVICE

The undersigned, an Attorney, does hereby certify that a copy of this Notice and Motion was filed AND sent electronically and via US MAIL to the above captioned by 7:00 p.m. on or before September 6, 2019.

/s/ *David H. Cutler*
Attorney for Debtor(s)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: ) | Case No.: 16-35617 |
|    Marlene Abraham, ) | |
| ) | Chapter 13 |
| ) | |
|    Debtor(s). ) | Judge Donald R. Cassling |

### AMENDED MOTION TO OBTAIN/INCUR DEBT

NOW COMES the Debtor, Marlene Abraham, by and through her attorneys, Cutler and Associates, Ltd., and moves this Honorable Court to enter an order authorizing the Debtor to obtain financing for the purchase of a vehicle. In support thereof, Debtor states as follows:

1. That on November 8, 2018 the Debtor filed for Chapter 13 protection and her Plan was subsequently confirmed on January 19, 2017.
2. The confirmed Plan pays 13% to general unsecured creditors and the payment is $632.00 per month for two months and $667.00 per month for 58 months.
3. That under the confirmed Plan the Debtor owns a 2003 Nissan Sentra. .
4. That the Debtors vehicle has become inoperable and requires significant repairs beyond the vehicle's worth
5. That the Debtor has been using ride share as a means of transportation to and from work but it has become costly.
6. The Debtor requires a reliable vehicle to travel to and from work, as well as transport her ill father whom she cares for.
7. Debtor has found used vehicle she would like to purchase, a 2017 Nissan Versa.
8. Debtor can afford the monthly payment as she has been using rideshare companies to commute which is more expensive than the monthly payment she will be incurring.
9. The Debtor is current on her Plan payments.
10. The Debtor seeks permission of this Court to incur new debt that will result in having bi-weekly automobile installments of $128.37 resulting in a monthly payment of $278.16 for 67 months at 16.049% interest rate. (See Exhibit A)

11. That the Debtor is withdrawing $5000.00 from her 401K to use a down payment to keep the monthly vehicle payments low.

WHEREFORE, Debtor prays that this Court enter an order that will allow her to incur $12,280.79 in auto financing with installment payments of $128.37 biweekly, resulting in a monthly payment of $278.16 at the 16.049% interest rate.

Respectfully submitted;

Marlene Abraham,

By:   /s/ *David H. Cutler*

David H. Cutler, esq.
Her Attorney
Cutler & Associates, Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600