IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: ) | | Case No. 16-35617 |
| Marlene Abraham ) | | |
| ) | | Chapter 13 |
| ) | | |
| Debtor(s). ) | | Honorable Donald R Cassling |

**MOTION TO VACATE AMENDED PAYROLL CONTROL ORDER**

NOW COMES the Debtor, Marlene Abraham, by and through her attorneys, Cutler and Associates, Ltd., and moves this court to vacate the Amended Payroll Control Order entered on March 1, 2017 [doc. 30], and in support thereof states as follows:

1. On November 8, 2016 the Debtor filed a petition under Chapter 13 of Title 11 U.S.C.

2. That the Debtor's Plan was confirmed on January 19, 2017.

3. An amended order for Payroll Control was entered on March 1, 2017. (See Exhibit A)

4. The Debtor wishes to have the amended payroll order vacated, she wishes to have more control over managing her finances during these difficult times due to the Covid 19 pandemic, she will pay her plan payments directly via certified funds in the mail or online.

WHEREFORE the Debtor, Marlene Abraham prays that this honorable court enter an order vacating the amended Payroll Control Order entered on March 1, 2017 [doc. 30].

By:    /s/ *David H. Cutler*
David H. Cutler, ESQ
Cutler and Associates, Ltd.
4131 Main St, Skokie IL 60076
8476738600