UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )   BK No.: 16-35617
Marlene Abraham )
)   Chapter: 13
)   Honorable Donald R. Cassling
)
)
Debtor(s) )

**ORDER GRANTING MOTION TO VACATE AMENDED PAYROLL CONTROL ORDER**

Upon Motion of the Debtor, no responsive pleading having been filed or objection within the time required, IT HEREBY ORDERED:

The Debtor's Motion to Vacate the AMENDED Payroll Order entered on, March 1, 2017 [doc. 30], is hereby granted.

No objection to the motion having been lodged within the time required by Third Amended General Order No. 20-03, any potential objections have been waived, and the motion is therefore granted.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: November 19, 2020

**Prepared by:**

David H. Cutler, ESQ
Cutler & Associates Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600